UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

| | |
|---|---|
| *Ricardo Cruz Distributors, Inc.*<br><br>                              Plaintiff,<br><br>     v.<br><br>*United States*<br><br>                              Defendant. | Court No. 22-00006<br>and Attached Schedule |

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: April 19, 2022

                              /s/ Matthew T. McGrath, Esq.
                                      Attorney for Plaintiff

                              1850 M Street, NW, Suite 1060
                                        Street Address

                                Washington, DC 200036
                                City, State and Zip Code

                                202-483-0070
                                        Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| Court No. 22-00006 | Ricardo Cruz Distributors, Inc. | Re: Protest No. 490921100571 | Re: Entry No. N35-0288633-5 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
               Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)